IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
UNITED STATES OF AMERICA        §
                                §
VS.                             §     ACTION NO. 4:14-CR-151-Y
                                §
JESUS GERARDO LEDEZMA-CEPEDA (1)§
JESUS GERARDO LEDEZMA-CAMPANO (2)§
JOSE LUIS CEPEDA-CORTES (3)     §
```

ORDER CERTIFYING CASE AS COMPLEX,
SETTING SECOND SCHEDULING CONFERENCE,
AND REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE

The superseding indictment returned in this case charges six defendants, three of whom have been appeared, with capital-eligible offenses. At the status conference held on October 15, 2014, the government indicated that written and electronic discovery will be voluminous. As a result, the Court concludes, under 18 U.S.C. § 3161(7)(B)(ii), that this case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. As a result, the Court further finds, under 18 U.S.C. § 3161(7)(A), that the ends of justice served by granting a continuance of the trial date until further order of the Court outweigh the best interest of the public and the defendants in a speedy trial.

The Court further concludes that a second status conference must be held on **Thursday, February 5, 2015, at 10:00 a.m.** to discuss scheduling and other matters. Specifically, at this conference, the Court will set a deadline for the government's giving of notice of intention to seek the death penalty as required by 18 U.S.C. §

3593(a).  The conference will be held in the Court's chambers. Counsels' presence is required, but Defendants need not be present at the conference.

Additionally, the following matters are REFERRED to United States Magistrate Judge Jeffrey L. Cureton as to all defendants:

> (1) requests for appointment of additional counsel or the payment of lead or additional counsel (*see* 18 U.S.C. § 3005; 18 U.S.C.  3599(a), (g)(1));
>
> (2) requests for the appointment of and payment for investigative, expert, or other services (*see* 18 U.S.C. § 3599(f), (g)(2));
>
> (3) all matters relating to pretrial discovery, including any motions to compel or for a protective order.

All future filings regarding these matters shall include the following notation under the case-number:  "**(Relates to Issues Referred to Magistrate Judge Cureton).**"[1]

SIGNED October 20, 2014.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The judge's copy of all documents related to this motion should be mailed to the Honorable Jeffrey L. Cureton, Eldon B. Mahon United States Courthouse, 501 West 10th Street, Room 520, Fort Worth, Texas 76102.