```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

UNITED STATES OF AMERICA § 
 §
V. §
 § No. 4:14-CR-151-Y
 §
JESUS LEDEZMA-CEPEDA (1) §
JESUS LEDEZMA-CAMPANO (2) §

**ORDER REQUIRING PROPOSED BUDGET FOR EXPERTS AND OTHER SERVICES**

The Court has concluded that court-appointed counsel should submit a proposed budget for "investigative, expert or other services." 18 U.S.C. § 3599(f). As a result, no later than **March 16, 2015**, counsel shall file a proposed budget for the time and expense for such providers that are reasonably expected to be incurred during the "pre-authorization" stage of the case, i.e., prior to the government's decision whether to seek the death penalty. *See* Admin. Office of the U.S. Courts, *Guide to Judiciary Policy*, Vol 7, Pt. A, § 640. A separate proposed budget will be required if the government elects to seek the death penalty. Budgeting worksheets may be obtained through the website of the Defender Services Office ("DSO"), www.fd.org.

In addition to the budgeting worksheets, counsel should prepare a declaration identifying why any requested investigative, expert, or other assistance is anticipated to be "reasonably necessary for the representation" of their client. *See* 18 U.S.C. § 3599(f). Counsel should be prepared to discuss the proposed budget should the Court opt to meet with counsel *ex parte*.

In preparing a proposed budget, counsel must seek to reduce the duplication of effort among the defense teams, provided it is consistent with each attorney's obligation to his client. For example, it may be cost-effective to share a service provider and have one attorney act as liaison to that shared service provider.

Because the information required by the Court from counsel to develop a budget is likely to be protected by the attorney-client privilege or the attorney work-product doctrine, all documents relating to case budgeting, including counsels' proposed budgets, shall be filed *ex parte* and under seal, without service on the government.

SIGNED February 12, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/chr

2